1  BOWMAN AND BROOKE LLP
2  Anthony S. Thomas (SBN 149284)
   anthony.thomas@bowmanandbrooke.com
3  Marion V. Mauch (SBN 253672)
4  marion.mauch@bowmanandbrooke.com
   970 West 190th Street, Suite 700
5  Torrance, CA  90502
6  Telephone No.: (310) 768-3068
7  Facsimile No.:  (310) 719-1019

8  Attorneys for Defendant Bradford White Corporation

9

10            UNITED STATES DISTRICT COURT

11   CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

12                  CV13-9396 GAF (MRWx)

13  MEI ZHU HE, AL HUA PANG, and          CASE NO:
    ELIZABETH TAO,
14                                         (Removed from Los Angeles
15              Plaintiffs,                County Superior Court–Case No.
                                           BC528792)
16        vs.
                                           NOTICE OF REMOVAL TO THE
17  BRADFORD WHITE                         UNITED STATES DISTRICT
    CORPORATION,                           COURT FOR THE CENTRAL
18                                         DISTRICT OF CALIFORNIA
              Defendants.                  UNDER 28 U.S.C. SECTION
19                                         1441(a) DIVERSITY

20                                         Action Filed:   November 25, 2013

21

22

23  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

24  CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION:

25        Defendant Bradford White Corporation removes this case entitled

26  *Mei Zhu He, et al, v. Bradford White Corporation*, Los Angeles County

27  Superior Court Case No. BC528792, to the United States District Court for

28  the Central District of California, Western Division, pursuant to 28 U.S.C. §

7320607v1

1441(a) based upon diversity of jurisdiction as defined by 28 U.S.C. § 1332.  The basis for removal is as follows:

1.      On November 25, 2013, plaintiffs filed their Complaint in the Superior Court of California, County of Los Angeles, located at 111 North Hill Street, Los Angeles, California, for alleged injuries and damages arising out of an alleged fire that allegedly occurred on April 13, 2012, at Lane 25 Wu Xing Road, Xuhui District Zhong Hui Garden Block 2 Unit 802 in Shanghai, China.    Plaintiffs' Form Complaint alleges two causes of action against defendant Bradford White Corporation: General Negligence and Products Liability.      Plaintiffs seek compensatory and punitive damages, including loss of use of property, hospital and medical expenses, general damages, property damages, and emotional trauma.    (*See* Complaint, Exhibit "A" to Mauch Decl.)

2.      Plaintiffs served defendant Bradford White Corporation with the Summons and Complaint via express mail stamped November 26, 2013. (*See* Stamped Envelope included in Exhibit "A.")    Defendant Bradford White Corporation did not receive the Summons and Complaint until Monday, December 2, 2013. (*See* Mauch Decl. at ¶3.)

3.      **Diversity:**    The basic requirement in diversity cases is that all plaintiffs be of different citizenship than all defendants.    Any instance of common citizenship prevents federal diversity jurisdiction. *Strawbridge v Curtiss*, 7 U.S. (3 Cranch) 267 (1806).    For diversity purposes, a natural person is a "citizen" of the state which he or she is domiciled. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983).    A natural person's domicile is the place he or she resides with the intention to remain or to which he or she intends to return. *Kanter v. Warner-Lambert Co.*, 265 F.3d. 853, 857 (9th Cir. 2001).    A corporation, on the other hand, is deemed to be a citizen of any State by which it has been incorporated and

1  of the State where it has its principal place of business.  28 U.S.C. §
2  1332(c)(1).

3      4.    Here, plaintiffs' Complaint indicates that plaintiffs are residents
4  of the State of California. (*See* Complaint, Exhibit "A.")  Specifically,
5  plaintiffs' California Drivers' Licenses attached to the Complaint identify
6  their residences in California. (*See* Complaint, Exhibit "A.")

7      5.    Defendant Bradford White Corporation is a corporation formed
8  under the laws of Delaware with its principal place of business located at
9  725 Talamore Drive, Ambler, Pennsylvania. (*See* Mauch Decl. at ¶¶6-7;
10  *see also* Delaware Secretary of State website, Exhibit "C" to Mauch Decl.;
11  and, Bradford White Corporation's website, Exhibit "D" to Mauch Decl.)

12      6.    Accordingly, complete diversity exists in this matter pursuant to
13  28 U.S.C. § 1332.

14      7.    **Amount in Controversy:** Diversity jurisdiction exists only
15  "where the matter in controversy exceeds the sum or value of $75,000,
16  exclusive of interest and costs. . ." 28 U.S.C. § 1332(a).  The amount in
17  controversy for jurisdictional purposes is determined by the amount of
18  damages or the value of the property that is the subject of the action.  Hunt
19  v. Washington State Apple Advertising Comm'n (1977) 432 U.S. 333, 347-
20  348.

21      8.    Plaintiffs' Complaint alleges compensatory and punitive
22  damages, including hospital and medical expenses, property damage, and
23  emotional trauma, in the amount of $20,000,000.00 allegedly resulting from
24  the alleged fire and decedent's death.  (*See* Complaint, Exhibit "A.")
25  Accordingly, the alleged amount in controversy exceeds $75,000 and
26  diversity jurisdiction pursuant to 28 U.S.C. §1332 exists.

27      9.    A copy of this Notice of Removal has been filed with the clerk
28  of the Los Angeles County Superior Court.

7320607v1

10.   Based upon the foregoing, all requirements for federal diversity jurisdiction and removal jurisdiction have been met.  Defendant Bradford White Corporation therefore requests that this action now pending against it in the Superior Court of California, County of Los Angeles be removed to this Court, and that this Court assume complete jurisdiction in this matter.

DATED:  December 20, 2013          BOWMAN AND BROOKE LLP


                                   By: _____
                                       Anthony S. Thomas
                                       Marion V. Mauch
                                       Attorneys for Defendant
                                       BRADFORD WHITE
                                       CORPORATION

7320607v1

- 4 -

# PROOF OF SERVICE
## F.R.C.P. Rule 5(b)(2)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 970 West 190th Street, Suite 700, Torrance, CA 90502.

On **December 20, 2013**, I served the foregoing document described as **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA UNDER 28 U.S.C. SECTION 1441(a) DIVERSITY** on all interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

( )   **BY MAIL (F.R.C.P. Rule 5(b)(2))**

(X)   **BY OVERNIGHT DELIVERY (F.R.C.P. Rule 5(b)(2))**

( )   As follows: I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under the practice, the envelope would be put in a sealed envelope and deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than **1** day after date of deposit for mailing in affidavit.

( )   **BY CM/ECF:** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the parties as shown on the attached Service List.

( )   **BY PERSONAL SERVICE (F.R.C.P. 5(2)):** I delivered such envelope by hand to the addressee.

Executed on **December 20, 2013,** at Gardena, California.

(X)   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Regina Foley

7320607v1

## Service/Mailing List

### MEI ZHU HE, et al. v. BRADFORD WHITE CORPORATION
Los Angeles Superior Court (Central) Case No.: BC528792

Mei Zhu He                           **Plaintiffs**
Al Hua Pang
Elizabeth Tao                        Tel:    (626) 823.5901
2275 Huntington Drive #519
San Marino, CA 91108

Mei Zhu He                           **Plaintiffs**
Al Hua Pang
Elizabeth Tao                        Tel:    (626) 823.5901
125 S. Moore Avenue
Monterey Park, CA 91754

7334065v1